1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Irma Rosa Platas-Lopez

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10         **(HONORABLE CATHY ANN BENCIVENGO)**

11 UNIQUE STATES OF AMERICA,     )   Case No. 07MJ3005
                                 )
12         Plaintiff,            )
                                 )
13 v.                            )   **CERTIFICATE OF SERVICE**
                                 )
14 IRMA ROSA PLATAS-LOPEZ,       )
                                 )
15         Defendant.            )
   _____)

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                    U.S. Attorney CR
                Efile.dkt.gc2@usdoj.gov; and

19
                   Robert E. Schroth, Jr.
20             robschrothesq@sbcglobal.net

21                    Respectfully submitted,

23 DATED:    January 8, 2008        /s/ Elizabeth M. Barros
                                    **ELIZABETH M. BARROS**
24                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Irma Rosa Platas-Lopez