1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE P. HAN
   Assistant United States Attorney
3  California State Bar No. 250301
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5220
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

```
                          FILED

                       JAN 1 5 2008

                 CLERK, U.S. DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
              BY                      DEPUTY
```

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA     08cr0122-W

10  UNITED STATES OF AMERICA,          )    Magistrate Case No. 07MJ3005
                                       )
11                 Plaintiff,          )
                                       )    **STIPULATION OF FACT AND JOINT**
12         v.                          )    **MOTION FOR RELEASE OF**
                                       )    **MATERIAL WITNESS(ES) AND**
13  IRMA ROSA PLATAS-LOPEZ,            )    **ORDER THEREON**
                                       )
14                 Defendant.          )
                                       )    **(Pre-Indictment Fast-Track Program)**
15  _____   )

16      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline P.

18  Han, Assistant United States Attorney, and defendant IRMA ROSA PLATAS-LOPEZ, by and

19  through and with the advice and consent of defense counsel, Elizabeth M. Barros, Federal Defenders

20  of San Diego, Inc., that:

21      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

27  //

28  CPH:es:1/3/08

(d in custody / 1 on bond)

1    2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4    3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **January 28, 2008**.

6    4.     The material witnesses, Erika Inigez-Velez, Nancy Valtierra-Molina and Maria Oliva

7  Martinez-Rodriguez, in this case:

8        a.     Are aliens with no lawful right to enter or remain in the United States;

9        b.     Entered or attempted to enter the United States illegally on or about

10  December 28, 2007;

11        c.     Were found in a vehicle driven by defendant at the Otay Mesa, California Port

12  of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were

13  aliens with no lawful right to enter or remain in the United States;

14        d.     Were paying or having others pay on their behalf an undisclosed amount of

15  money to $1,000 to others to be brought into the United States illegally and/or transported illegally

16  to their destination therein; and,

17        e.     May be released and remanded immediately to the Department of Homeland

18  Security for return to their country of origin.

19    5.     After the material witnesses are ordered released by the Court pursuant to this

20  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

22  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

23        a.     The stipulated facts set forth in paragraph 4 above shall be admitted as

24  substantive evidence;

25        b.     The United States may elicit hearsay testimony from arresting agents

26  regarding any statements made by the material witness(es) provided in discovery, and such testimony

27  //

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Irma Rosa Platas-Lopez       2       07MJ3005

1    shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

2    of (an) unavailable witness(es); and,

3           c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

4    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6    waives the right to confront and cross-examine the material witness(es) in this case.

7       6.      By signing this stipulation and joint motion, defendant certifies that defendant has

8    read it (or that it has been read to defendant in defendant's native language). Defendant certifies

9    further that defendant has discussed the terms of this stipulation and joint motion with defense

10    counsel and fully understands its meaning and effect.

11       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12    immediate release and remand of the above-named material witness(es) to the Department of

13    Homeland Security for return to their country of origin.

14       It is STIPULATED AND AGREED this date.

15                                     Respectfully submitted,

16                                     KAREN P. HEWITT

                                      United States Attorney

17

18    Dated: _____.

19                                     CAROLINE P. HAN

                                    Assistant United States Attorney

20

21    Dated: _____.

22                                     ELIZABETH M. BARROS

                                    Defense Counsel for Platas-Lopez

23

24    Dated: 01/06/2008 .

25                                     IRMA ROSA PLATAS-LOPEZ

                                    Defendant

26

27

28    Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Irma Rosa Platas-Lopez        3                      07MJ3005

1

# O R D E R

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to their country of origin.

6    **SO ORDERED.**

7

8    Dated: _____1/15/08_____.

9                                            _____
                                              United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Irma Rosa Platas-Lopez                    4                    07MJ3005