UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 07mj3005 |
| vs. | ) ) | ORDER |
| Irma Rosa Platas-Lopez | ) ) | RELEASING MATERIAL WITNESS |
| | ) ) | Booking No. 06839298 |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Erika Iniguez-Velez # 07509298

DATED: 1/15/08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by /s/ Hermann
Deputy Clerk