1  ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
   2044 First Avenue, Suite 200
2  San Diego, California 92101
   Telephone: (619) 233-7521
3  Facsimile: (619) 233-4516

4  Attorney for Material Witness, Nancy Valtierra-Molina

FILED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No: 07MJ3005 |
| Plaintiff, | Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |
| vs. | |
| Irma Rosa Platas-Lopez, | |
| Defendant. | |

### ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Nancy Valtierra-Molina is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

Oscar Salinas
2940 W. Lincoln Ave #D318
Anaheim, CA 92801

Dated: 1/24/08

_____
U. S. Magistrate Judge

- 1 -